(No. 6235—

PARKHURST, APPIER, MAROLF, ASSOCIATES, Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed February 17, 1972.*

PARKHURST, APPIER, MAROLF, ASSOCIATES, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6265—

CRAWFORD, MURPHY AND TILLY, INC., Claimant, *vs.* STATE OF
ILLINOIS, DEPARTMENT OF PUBLIC WORKS AND BUILDINGS,
Respondent.

*Opinion filed February 17, 1972.*

CRAWFORD, MURPHY AND TILLY, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E.
WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.